MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-00744-DLJ |
| ) | |
|    Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING TO |
|    v. ) | March 8, 2012 AND EXCLUDING TIME |
| ) | FROM February 9, 2012 TO March 8, 2012 |
| XOCHITL CISNEROS-RODRIGUEZ, ) | FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
|    Defendant. ) | |
| ) | |
| _____ ) | |

     The Parties, OBDULIA DIAZ and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for February 9, 2012 be vacated, and that the hearing be re-set for March 8, 2012 at 9:00 am.  The parties are requesting the continuance of the hearing due to the need for additional time to jointly negotiate a resolution in this matter, including time for the government to review significant discovery recently provided by defense counsel.

     The parties stipulate that the time between February 9, 2012 and March 8, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  DATED: February 1, 2012               MELINDA HAAG
                                         United States Attorney

7                                        ___/s/_____
                                         ANN MARIE E. URSINI
8                                        Special Assistant United States Attorney


10                                       ___/s/_____
                                         VARELL L. FULLER
11                                       Attorney for Defendant

|   |   |
|---|---|
| 1 | **[] ORDER** |

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3  ORDERS that the hearing in this matter previously set for February 9, 2012 is vacated, and the
4  matter is continued to March 8, 2012 at 9:00 am.  Further, the Court ORDERS that the time
5  between February 9, 2012 and March 8, 2012 is excluded under the Speedy Trial Act, 18 U.S.C.
6  §3161.  The court finds that the failure to grant the requested continuance would unreasonably
7  deny defense counsel reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by
9  granting the requested continuance outweigh the best interest of the public and the defendant in a
10 speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that
11 this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

13 IT IS SO ORDERED.
14 DATED:

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge