1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CISNEROS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00744-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| XOCHITL CISNEROS-RODRIGUEZ, | |
| Defendant. | |

**STIPULATION**

Defendant Xochitl Cisneros-Rodriguez, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, September 27, 2012, at 9:00 a.m., shall be continued to Thursday, October 18, 2012, at 9:00 a.m.

The reason for the requested continuance is counsel for Ms. Cisneros-Rodriguez requires additional time to prepare and submit briefing to government counsel regarding an issue relevant to a possible negotiated disposition.  Defense counsel respectfully request additional time to

Stipulation and [] Order Continuing
Hearing                                                          1

1  effectively prepare Ms. Cisneros-Rodriquez's defense, and therefore respectfully requests a
2  continuance of the status hearing previously set in this matter to October 18, 2012.
3        Accordingly, the parties agree that the time between September 27, 2012, and October
4  18, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv),
5  for effective preparation by defense counsel.

7  Dated: September 26, 2012
8                                        _____/s/_____
                                      VARELL L. FULLER
                                      Assistant Federal Public Defender

11  Dated: September 26, 2012        _____/s/_____
                                      ANN MARIE URSINI
                                      Special Assistant United States Attorney

//
//
//
//
//
//
//

16  **[] ORDER**

17  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
18  ORDERED that the hearing currently set for Thursday, September 27, 2012, shall be continued
19  to Thursday, October 18, 2012, at 9:00 a.m.
20  THE COURT FINDS that failing to exclude the time between September 27, 2012, and
21  October 18, 2012, would unreasonably deny the defendant reasonable time necessary for
22  effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§
23  3161(h)(7)(B)(iv).
24  THE COURT FINDS that the ends of justice served by excluding the time between
25  September 27, 2012, and October 18, 2012, from computation under the Speedy Trial Act
26  outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [] Order Continuing
Hearing                                        2

1       THEREFORE, IT IS HEREBY ORDERED that the time between September 27, 2012,

2 and October 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18

3 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4       IT IS SO ORDERED.

5 Dated:

      THE HONORABLE D. LOWELL JENSEN
6       United States District Judge

Stipulation and [] Order Continuing
Hearing       3