UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CISNEROS-RODRIGUEZ, et al.,<br>Defendant. | Case No. 11-cr-00744-DLJ-1   (BLF)<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COPIES OF DOCUMENTS AS MODIFIED BY THE COURT**<br><br>[Re: ECF 88] |
|---|---|

On June 9, 2014, Defendant filed a motion seeking to "temporarily unseal" certain documents relating to Defendant's sentencing, which were filed under seal in this case at Defendant's request. (Mot. to Unseal ¶ 4, ECF 88) Defendant states the documents – Exhibits I, J, and K – must be unsealed so that she may obtain a file-endorsed copy of them to include in excerpts of record that must be submitted to the Ninth Circuit Court of Appeals along with her opening brief on appeal. (*Id.* ¶¶ 3, 6) Defendant requests that the documents in question be immediately resealed after she obtains the necessary file-endorsed copies. (*Id.* ¶ 4) Defendant represents that the motion is unopposed by the Office of the United States Attorney. (*Id.* ¶ 5)

In the Ninth Circuit, an appellant must submit excerpts of record along with his or her opening brief on appeal. Ninth Cir. R. 30-1.3. "The purpose of the excerpts of record is to provide each member of the panel with those portions of the record necessary to reach a decision." Ninth Cir. R. 30-1.1.

Defendant in the present case has not cited, and the Court has not discovered, any guidance that would be applicable in the current circumstances. In particular, Defendant has not cited, and the Court has not discovered, any authority suggesting that the Court may "temporarily unseal" and then reseal the subject documents. It seems that the most appropriate course of conduct would

be for the Court to direct the district clerk to provide Defendant with file endorsed copies of Exhibits I, J, and K, which appear to have been filed as ECF 45, 46, and 47, so that Defendant may seek to file those documents under seal in the Ninth Circuit in the manner contemplated for confidential documents.  This Court sees no need to unseal the documents in order to provide Defendant with such copies.  Defendant shall not use or disclose the documents for any purpose other than submission to the Ninth Circuit Court of Appeals in connection with her brief on appeal.

Accordingly, IT IS HEREBY ORDERED that:

Defendant's motion is GRANTED AS MODIFIED by the Court; and

The district clerk shall provide Defendant with file endorsed copies of sealed Exhibits I, J, and K for use on appeal consistent with this Order.

Dated:  June 11, 2014

_____
BETH LABSON FREEMAN
United States District Judge